IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WALSH, et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | No. 21-4464 |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL FIRE | : | |
| INSURANCE COMPANY, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW** this 21st day of November, 2022, upon consideration of Defendant Nationwide Mutual Fire Insurance Company's Motion for Partial Summary Judgment (ECF 10) and the Response of Plaintiffs James and Collette Walsh (ECF 11), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Defendant's Motion is **DENIED**.

It is **FURTHER ORDERED** that the parties shall meet and confer regarding proposed pretrial deadlines and dates for trial and shall submit an agreed-upon proposed schedule for the remainder of this action for the Court's consideration on or before **Friday, December 2, 2022**. If the parties believe a settlement conference before U.S. Magistrate Judge Scott W. Reid would be productive, they should contact my chambers promptly.

BY THE COURT:

_____
**Berle M. Schiller, J.**